IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-241-RJC-DCK

| | |
|---|---|
| COMPASS BANK, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| NYBORG INTEGRATED LOGISTICS, INC.<br>and JAMES NYBORG, | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) filed by Ramona F. Ortega, concerning Shane G. Ramsey on July 17, 2019. Shane G. Ramsey seeks to appear as counsel *pro hac vice* for Plaintiff Compass Bank. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) is **GRANTED**. Shane G. Ramsey is hereby admitted *pro hac vice* to represent Plaintiff Compass Bank.

**SO ORDERED**.

Signed: July 17, 2019

David C. Keesler
United States Magistrate Judge